Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff

# UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTIRCT OF CALIFORNIA/SAN JOSE DIVISION

| | |
|---|---|
| MATT JACOBSEN, ) | Case No.: 5:09-cv-04791-HRL |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| SUMMIT ACCOUNT RESOLUTION, ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, MATT JACOBSEN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: November 13, 2009        KROHN & MOSS, LTD.


By: /s/ Ryan Lee

      Ryan Lee
      Attorney for Plaintiff

- 1 -