**\*\* E-filed November 13, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JACOBSEN, | No. C09-04791 HRL |
| Plaintiff, | **ORDER (1) VACATING THE INITIAL CASE MANGEMENT CONFERENCE AND (2) SETTING SHOW CAUSE HEARING RE: SETTLEMENT** |
| v. | |
| SUMMIT ACCOUNT RESOLUTION, | |
| Defendant. | **[Re: Docket No. 4]** |

Plaintiff Matt Jacobsen advises the court that the parties have entered into a full settlement in the above-entitled action and requests that the court vacate all calendar dates until the settlement is finalized. Good cause appearing, the initial case management conference, currently set for January 26, 2010, is vacated. On or before January 15, 2010, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on February 2, 2010 at 10:00 a.m. and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Dated: November 13, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-04791 Notice will be electronically mailed to:**

Ryan Scott Lee         rlee@consumerlawcenter.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**